UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION No. 1:12-CV-00035-PB

| | |
|---|---|
| THOMAS BOROWSKI, as EXECUTOR of the ESTATE of WALTER BOROWSKI, <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF APPEARANCE

**NOW COMES THE UNDERSIGNED COUNSEL** and respectfully requests the Clerk of this Honorable Court to enter counsel's appearance on behalf of the Plaintiff.

Respectfully submitted,

_____
Roger D. Turgeon
NH Bar No. 11402
Turgeon & Associates
14 Washington Street
Haverhill, MA 01832
(978) 373-9336
rdt@turgeonlawfirm.com

Dated: February 22, 2012