UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THOMAS BOROWSKI, as EXECUTOR of the ESTATE OF WALTER BOROWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 1:12-cv-00035-PB<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action against the United States shall be dismissed, with prejudice, each party to bear its own costs.

SO AGREED:

| COUNSEL FOR PLAINTIFF | JOHN P. KACAVAS |
|---|---|
| | United States Attorney |
| /s/ Michael T. Lennon | |
| _____ | By:_____/s/ T. David Plourde_____ |
| Michael T. Lennon , Esq. | T. David Plourde, No. 2044 |
| Mass. BBO # 648186 | Assistant United States Attorney |
| One State Street | 53 Pleasant Street, 4th Floor |
| Suite 1500 | Concord, NH 03301- 3904 |
| Boston, MA 02109 | (603) 225-1552 |
| (617) 263-0001 | david.plourde@usdoj.gov |
| mtl@lennonlawoffices.com | |
| | |
| Dated:  March 17, 2014 | Dated:  March 17, 2014 |

/s/  Roger D. Turgeon

_____

Roger D. Turgeon, Esquire
14 Washington Street
Haverhill, MA 01832
978-388-9997                                                        Dated: March 17, 2014